**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SHAMIR BATISTA,                                             :
                                                            :
                                  Plaintiff,                :     No. 17-CV-1994 (KPF)
                                                            :
            -against-                                       :     ORDER
                                                            :
NEW YORK POLICE DEPARTMENT, et al.                          :
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

This case has been referred to me for settlement. The parties are directed to appear telephonically for a pre-settlement conference on **June 10, 2020 at 2:00 pm**. Parties should call (212) 805-0260 when all parties are on the line.

**SO ORDERED.**

Dated: May 26, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge