UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMIR BATISTA,

                 Plaintiff,

           -v.-

DETECTIVE MICHAEL LECLAIR, Shield No. 5045,

                 Defendant.

17 Civ. 1994 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    By Order dated July 8, 2020, the Court granted Plaintiff's request for *pro bono* counsel for the limited purpose of representing Plaintiff in a settlement conference. (Dkt. #91). On October 26, 2020, *pro bono* counsel appeared on behalf of Plaintiff. (Dkt. #93-94). On February 11, 2021, the Court was informed that the parties were unable to reach a settlement. Accordingly, the Court will proceed to set this case for trial.

    After considering the factors set forth in *Hodge* v. *Police Officers*, the Court finds that the continued appointment of *pro bono* counsel in this case is justified. *See* 802 F.2d 58, 61-62 (2d Cir. 1986). This case will be set for trial, and therefore the appointment of counsel is crucial to, *inter alia*, Plaintiff's "ability to present the case" at trial and to conduct "cross-examination [that] will be the major proof presented to the fact finder." *Id.* at 61. In this case, representation would "lead to a quicker and more just result by sharpening the issues and shaping examination." *Id.* Therefore, Plaintiff's current *pro bono* counsel shall inform the Court on or by February 25, 2021, whether they will

continue to represent Plaintiff.  After the issue of *pro bono* counsel is resolved, the Court will set the matter down for trial.

SO ORDERED.

Dated:      February 11, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                     United States District Judge