UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMIR BATISTA,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>DETECTIVE MICHAEL LECLAIR,<br>Shield No. 5045,<br><br>                              Defendant. | 17 Civ. 1994 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Trial in this matter is scheduled to begin on **May 9, 2022, at 9:00 a.m.** The parties' Joint Pretrial Order, motions *in limine*, requests to charge, proposed *voir dire* questions, and any pretrial memoranda of law will be due **April 11, 2022**.  Any opposition papers will be due **April 18, 2022**.  The final-pretrial conference will be scheduled for **April 27, 2022, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

        SO ORDERED.

Dated:      August 5, 2021
            New York, New York

                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge