# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SHAMIR BATISTA,

                                Plaintiff,          Civil Action No.: 1:17-cv-01994 (KPF)

    v.

                                                    **ORDER**

DETECTIVE MICHAEL LECLAIR,


                                Defendant.



    **TO:**    **UNITED STATES MARSHAL, Southern District of New York**

    **AND**

        **NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**WHEREAS** the above-entitled Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York 1007 on May 2, 2022 through May 13, 2022; and

**WHEREAS** pursuant to this Court's Writ of Habeas Corpus Ad Testificandum, dated April 5, 2022, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, under the supervision of the UNITED STATES MARSHAL, shall provide all necessary security for the custody of SHAMIR BATISTA, # 18-A-3248, during trial proceedings and during any other times that he is present in the U.S. courthouse;

**NOW THEREFORE** IT IS ORDERED that the personnel providing security, on behalf of NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION or the UNITED STATES MARSHAL, shall appear at Court in civilian attire.

Dated: April 11, 2022

                                So Ordered: _____

                                                  Hon. Katherine Polk Failla