UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAMIR BATISTA,<br><br>                    Plaintiff,<br><br>v.<br><br>DET. MICHAEL LECLAIR,<br><br>                    Defendant. | Case No. 1:17-cv-01994-KPF<br><br>Hon. Katherine Polk Failla<br><br>ORDER |

**TO:   METROPLITAN DETENTION CENTER**
         **80 29th Street**
         **Brooklyn, New York 11232**

**WHEREAS** the above-entitled Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York 1007 on May 5, 2022, through May 13, 2022; and

**WHEREAS** pursuant to this Court's Writ of Habeas Corpus Ad Testificandum, dated May 2, 2022, Plaintiff will be incarcerated in the Metropolitan Detention Center, Brooklyn, NY, during the course of the trial;

**WHEREAS** this Court's Writ of Habeas Corpus Ad Testificandum, dated May 2, 2022, stated that Plaintiff's counsel are authorized as officers of the Court to relay any further instructions from the Court, regarding the transport, safekeeping, care and subsistence of Plaintiff to the warden of the Correctional Facility and the United States Marshal, and

**WHEREAS** *pro bono* counsel needs to deliver appropriate attire for Plaintiff to wear to court;

**NOW THEREFORE** IT IS ORDERED that the METROPOLITAN DETENTION CENTER accept two (2) sets of trial clothes from Nicholas C. Carullo, Esq., Arun Subramanian, Esq., or Steven Shepard, Esq. and deliver them to inmate Shamir Batista USM  #99247-509.

   Dated: May 4, 2022
             New York, New York

                                                  So Ordered: _____
                                                                         Hon. Katherine Polk Failla
                                                                         United States District Judge